**Order entered April 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01524-CR
## No. 05-12-01525-CR

**DARRELL DEWAYNE MORGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-30718-X, F07-30719-X**

## ORDER

Appellant's April 1, 2013 motion to abate the appeals and for extension of time to file his brief is **GRANTED** to the extent we **ORDER** Official Court Reporter Cherie Williams to file, within **THIRTY** days of the date of this order, a supplemental reporter's record of the February 23, 2011 plea hearing in these cases. We **EXTEND** the time to file appellant's brief until **SIXTY** days from the date of this order.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Cherie Williams.

/s/     LANA MYERS
           JUSTICE